

- Filing with EEOC

## My Charge

**EEOC Number: 470-2019-04475**

**Status:**

The charge of employment discrimination filed on **2019-12-19** with the U.S. Equal Employment Opportunity Commission (EEOC) by **Latasha Olivares** against **LAKE COUNTY SHERIFF'S DEPARTMENT** is available for you to view online

### Your Charge is Closed

Your charge was closed on 12/19/2019 . You may continue to view information and documents about this charge for up to 90 days after 12/19/2019 . If you have **not** already saved copies of the documents about this charge, **be sure to download and save them as soon as possible.**

### Notice of Right to Sue - Important Time Limit

If you choose to file a lawsuit against the respondent(s) named in your charge, you must file a complaint in court **within 90 days of the date you received the Notice of Right to Sue.** If you fail to file within the 90 day period, your right to sue on the charge will be lost and cannot be restored by EEOC. For more information about this time limit and filing a lawsuit, refer to the enclosure that was provided with your Closure Notice/NRTS.

## My Documents

If you have documents supporting your charge, please upload them using this portal. Documents that you send and any that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

**Be sure you save all documents related to your charge, including Email correspondence.** Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.

Click using this portal to upload documents.

Upload

| Name | Type | Added On | Added By |
|---|---|---|---|
| Signed Charge of Discrimination.pdf | Charge of Discrimination | 12/19/2019 | Charging Party |

## Additional Information

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Latasha J. Olivares<br>402 Ceole Lane, TX<br>League City, TX 77573 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2019-04475 | **Michelle D. Ware,**<br>Enforcement Supervisor | (463) 999-1184 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____      DEC 1 9 2019
Michelle Eisele,
**District Director**     (Date Mailed)

Enclosures(s)

cc:   **Edward Jenkins**
**Deputy Chief**
**LAKE COUNTY SHERIFF'S DEPARTMENT**
2293 N Main St.
Crown Point, IN 46307

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# EEOC (INQUIRY) NUMBER: 470-2019-04475

## Inquiry Information

### REASON(S) FOR CLAIM

Date of Incident (Approximate): 06/14/2019

Reason for Complaint: Something Else

Pay Disparity:

Location of Incident: Indiana

Submission (initial inquiry) Date: 09/20/2019

Claim previously filed as charge with EEOC? No

Approximate Date of Filing: N/A

Charge Number: N/A

Claim previously filed as complaint with another Agency? No

Agency Name: N/A

Approximate Date of Filing: N/A

Nature of Complaint: N/A

### INQUIRY OFFICE

Receiving: Indianapolis District Office

Accountable: Indianapolis District Office

### APPOINTMENT

Appointment Date and time: 12/19/2019 08:30 AM US/Eastern

Interview Type: Phone

### APPROXMATE DEADLINE FOR FILING A CHARGE: 04/09/2020

### POTENTIAL CHARGING PARTY

First Name, Middle Initial: Latasha, J

Last Name: Olivares

Street or Mailing Address: 402 Ceole Lane

Address Line 2: TX

City, State, Zip: LEAGUE CITY, TX, 77573

Country: UNITED STATES OF AMERICA

Year of Birth:

Email Address: latashaj.olivares@gmail.com

Home Phone Number: (409) 256-0205

Cell Phone Number:

## RESPONDENT

Organization Name: LAKE COUNTY SHERIFF'S DEPARTMENT

Type of Employer: State or Local Government that I applied to, work for, or worked for

Number of Employees: An uncertain number of employees

Street or Mailing Address: 2293 N Main St.

Address Line 2:

City, State, Zip Code: CROWN POINT, IN, 46307

County: Indiana

Phone Number: (219) 755-3400

## RESPONDENT CONTACT

First and Last Name: Ernesto Mojica- Alverez

Email Address:

Phone Number:

Title: Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

Street or Mailing Address:

Address Line 2:

City, State, Zip Code:

County:

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

Gender: F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:**

### Adverse Action(s)

10/09/2018  08:15 I received a written reprimand from Lt. Terry Smith issued by Sgt. Yvonne Foster in regards to my Taser

10/10/2018  1300 I received a written reprimand from Lt. Smith can't recall why , I was never issued a copy

10/10/2018  1400  Meeting with Commander Dennis Eaton advising him of Lt Smith " IF I KNEW YOUR MOTHERFUCKING ASS WASN'T FUCKING I WOULD OF NEVER HIRED YOUR ASS " statement

10/15/2018  1610 Sgt Bill Mc Louglin advised me "NOT TO CALL OR FUCKING TEXT LT SMITH PHONE FOR NOTHING NOT EVEN TRAINING AND THAT I REPORT DIRECTLY TO HIM FROM NOW ON

10/17/2018 08:10 - 11:10 Internal Affairs Investigation with The Special Victims Unit Detective Cpl Larry Thurmond & Commander Stewart (219)755-3355

10/31/2018  12:26 Contacted Human Resources Daniel requesting a complaint form

11/6/2018  1345 Sgt Foster arrived in East Chicago with a written reprimand about my sweater with photos of me on my phone during my 15 minute break

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

July 3, 2019 at 1300 I received a text message from Sgt Kouder stating "You are to be in the chief's office at 2 pm. Please acknowledge this message." I arrived

at Crown Point J2 Building at 1347 . Once I made it upstairs I could hear Perez asking has she made it yet ? That's when Commander Eaton entered the hallway from out of Chief Jenkins office advising me to have a seat. Moments later I was escorted into Chief Patterson's office , where Chief Patterson was seated at his desk , Commander Eaton was seated to my left , Perez was standing in the door way and Chief Jenkins was standing in the far right corner of Chief Patterson's desk. Chief Patterson advised me that this conversation would be recorded as he pointed to the body camera placed on the edge of his desk , as he began to tell me " That today is your last day with the Lake County Sheriff's Department "  as Commander Eaton began to advised me "  LaTasha ,your just not a good fit for our department and we even went as far back as to all of the reprimands from Lt Terry Smith to help us make this decision . That's when Chief Patterson stood up and started requesting my Lake County credentials , my badge , key card , as he  started removing my weapon from out of my holster himself , as I handed him my 2 clips , radio and taser explaining that the duty belt , badge  and handcuffs and holders , name badge , and shirts all belonged to me . Commander Eaton advised me to come with him stating to me" Your  insurance and unemployment has already been taking care of  with Human Resources " ,that's when Chief Jenkins stated Matt I got it from here . As he escorted me to the parking lot to my vehicle

**Was anyone in a similar situation treated the same, better, or worse than you?**

LaTisha Janigan , was hired as a Court Deputy Officer and when she declined Lt Terry Smith's sexual advances and misconduct she started to received unnecessary reprimands and started getting harassed by Sgt Yvonne Foster . Lt Smith even went as far as removing her Lake County Sheriff's Department personal application to contact her after she was terminated , for his own personal use to come to her home advising that he could get her rehired.


Jerald Nettles, knew about all of Lt Terry Smith's misconduct and threatened him that if he knew what was going on between Lt Smith and I ,that it would be in his best interest to stay out of it because he was a force to be wrecking with . Lt Kouder only asks African American employees ,  "Why do you think so highly of yourself on numerous occasions".


04/02/2019 at  1600 Larry Clemons from Johnson Control advised me that Sgt Foster had my co-workers Mason Baldazo and Lito Lemus looking for my personal vehicle to find out where I have been parking as she located it at the end of her shift and approached it as well

04/03/2019 at 0808 I text Detective Sanders stating " Call me when you can please ... I need to file a report and can you bring your camera "

04/04/2019 at 1720 Court Deputy Lito Lemus while off duty threatened to slash my throat on camera at Meijiers located on 611 W. Lincoln Hwy , Merrillville , IN , 46410

04/09/2019 at 0930 Commander Eaton advised me to hold onto my documentation because he is going to inform the B of I and schedule an interview with Internal Affairs

As far as work goes I'd asked numerous times to be transferred to Civil Division Department for the Fingerprint available position Commander Eaton knew I had experience and just recently asked Sgt Foster if I wanted the position instead of coming directly to me .On 04/12/2019 at 1024 Officer Mike Harvey advised me that on Monday 04/15/2019 that our fairly new co-worker Ben Tomniko part -time (Who's father and brother are both Lake County Patrol Officers .Will be starting training and I have pictures to prove it . There were several rules made up only for me as well !!

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

Jerald Nettles jlawnett@yahoo.com (773)401-4822

LaTisha Janigan (219)228-0404

Cpl Carter (219)577-3816

Mike Brown mekellbrown219@gmail.com (219)741-4184

Larry Clemons (219) 221-0759

Becky (219)359-8703

Will (219)775-4801

Adonis (219)814-7002

Anthony (219)742-3288

Erica (219)945-6612

**Please tell us any other information about your experience?**

I apologize for not having all of my documentation in order due to my recent move from Indiana back home to Texas . A lot of my information is text messages , emails, voicemails , videos and photos that are stored in my cellphone that support my case. I was hired on Jan 08, 2018 by the Lake County Sheriff&apos;s Department by Commander Dennis Eaton and Lieutenant Terry Smith over Court Security as a Court Deputy . On Jan 26, 2018 at 7:13 pm I received a text message from Lt. Smith "Congrats you have been selected to be the officer when we start our drug and bomb unit ". On Feb 8, 2018 , I approached at 10:00 am Sgt Rick Kouder to advise him that he did not have to purchase lunch today that I brought lunch and a cake today for everyone to celebrate the February birthdays , as he replied to me " I don&apos;t party with you type of people I just have to work with you people " Moments later he returned back to me trying to offer me cash $10.00 - $15.00 for the party , I declined and walked off. During the week of May 15-18 , 2018 Sgt Yvonne Foster kept advising me during our spillman training , "that she was the only Queen Bitch in court security , for some reason females just don&apos;t last and suggested that I started looking elsewhere. " On Oct. 9, 2018 I arrived on duty 7:27 am Sgt Foster scratched out my arrival time as I screenshot our sign in sheet.  at 8:15 am I was issued a written reprimand about my Taser given to me by Sgt Foster and advised me to report to Crown Point tomorrow for 2:00 pm meeting with Commander Eaton . On Oct. 10, 2018 at 1:00 pm Lt Smith called me into the office to sign another written reprimand and when I refused to sign it , Lt Smith stated to me " You need to start looking for another job , because your not a good fit for our department , you have a bad attitude and you bring us down , and I&apos;m putting in a request for your transfer , Because I don&apos;t want you here . I never replied as he continued to keep screaming at me . I asked Lt Smith could my attorney be present or a witness on my behalf , as he replied " What the fuck you need an attorney this is about your employment here you can retain one after work. " At 2:00 pm we entered Commander Eaton office only for me to receive more written reprimands . That when I stated to Commander Eaton I&apos;m confused as he replied why LaTasha on the reason I was hired , as he explained to me why he hired me "as I stated according Lt Smith if he knew that my motherfucking ass wasn&apos;t fucking he would of never hired my motherfucking ass " .Commander Eaton said LaTasha could you please repeat that  and I did . I advised him that Lt Smith has been mistreating and harassing me months and that this inappropriate behavior was witnessed by my very own co-workers . On Oct 15, 2018 Sgt Bill Mc Loughlin at 4;10 pm returned back to back to relay a message from Lt Smith " Not to text or call his fucking phone for training or anything . I am to report to Sgt Mc Louglin from now on , after he was already gone for the day. On Oct 17, 2018 from 8:10 - 11:10 I was investigated by the Lake County Sheriff&apos;s Department Special Victims Unit by Detective Cpl. Larry Thurmond and Command Stewart of the

Patrol Division (219)755-3355. On Nov 26, 2018 , I observed Lt Smith leaving my apartment complex at 6:15 am in our Lake County Court Security vehicle on Dec 12,2018 Sgt Kouder advised Commander Eaton as responded back by text at 4:59 pm , on the same exact day as I returned back from lunch at 1:00 pm I was handed my check and an envelope from Lt Smith with a written reprimand inside.  On Nov, 30 2018 Lt Smith , was officially removed from his Court Security position as a Lt . On July 16, 2018 I arrived on duty at 6:45 am , and asked to speak to Lt Smith in private due to the fact Court Deputy Kevin Gaven was present inside our office along with a signal forty . Lt Smith continued to ignore my request and stated "Whatever the fuck you got to tell me just text that shit to my phone ," finally I just started screaming I lost my Saturday and my brother is on life support in Austin . Lt Smith stated to "That&apos;s all you have to tell me , hell you could of text that shit to my fucking phone like I told your ass earlier . People die ever day and I still bring my ass to work , and I haven&apos;t called off one day since I&apos;ve been here , So what do you want me to  do ? On July 18,2018, I received a text message from Sgt Foster at 8:55 am , and two at 10:22 am, in regards to my brothers condition and flight arrangements . Lt On July 23, 2018 My brother was removed from life support . On July 24,2018 as I reported for duty I made sure that Lt Smith was fully aware of my brother&apos;s  funeral arrangements scheduled for July 28, 2018 and requested to have July 27 , 2018 off , it was immediately declined due to lack of man power. That&apos;s when I demanded to have a meeting with chain of command . Lt Smith stated to me " Now you see what happened to  Spiro&apos;s motherfucking ass for going over my head , his ass is about to be out of here and you can follow him , because what I fail to realize is that I don&apos;t run shit around here , and that my only job is to do what the fuck he tells me to do now is that clear ". Court Deputy Percy Moton was present when this incident occurred . On July 27, at 5;47 I received a text message from Lt Smith stating " in regards to a schedule change informing me that due to seniority I have work July 28 , 2018 to cover the corrections physical agility testing at the Northwest Building. I have a years worth of documentation could someone please contact me !!