AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| Latasha Olivares <br><br> *Plaintiff(s)* <br> v. <br> OSCAR MARTINEZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LAKE COUNTY SHERIFF; LAKE COUNTY SHERIFF'S DEPARTMENT; TERRY WAYNE SMITH IN HIS INDIVIDUAL CAPACITY <br> *Defendant(s)* | Civil Action No. 2:20-cv-113 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lake County Sheriff's Department, Oscar Martinez, Lake County Sheriff
Crown Point Civil Office
2293 N Main St
Crown Point, Indiana 46307;

Terry Smith
1263 W 95th PL
Crown Point, Indiana 46307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Crystal D. Martin, Attorney at Law
13229 S 48th St. #2048
Phoenix, Arizona 85044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*