UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LATASHA OLIVARES, *Plaintiff*, v. OSCAR MARTINEZ, in His Individual and Official Capacity as Lake County Sheriff; LAKE COUNTY SHERIFF'S DEPARTMENT; TERRY WAYNE SMITH in His Individual Capacity; LAKE COUNTY INDIANA; and YVONNE FOSTER, in Her Individual and Official Capacity. *Defendants*. | Case No.: 2:20-CV-113 District Judge: Theresa L. Springmann Magistrate Judge: John E. Martin |

**JOINT MOTION TO SCHEDULE A JUDICIAL SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE**

Comes now Plaintiff and all Defendants, by their respective counsel, and jointly move to set this matter for a telephonic hearing, for the purpose of scheduling a judicial settlement conference before the Hon. Magistrate Judge, John E. Martin, as follows

1. Counsel for the parties recently conferred and agree it is in the best interests of all parties to participate in a judicial settlement conference before Magistrate Judge John E. Martin.

2. Therefore, the parties are jointly moving that this matter be set for a telephonic hearing for the purpose of scheduling a judicial settlement conference before the Magistrate Judge.

3. This motion has been timely filed, is not being made for any unreasonable or dilatory purpose, and granting this motion will not result in undue delay or harm to any party.

WHEREFORE, the parties respectfully request that the Court grant their joint motion, set this matter for a telephonic hearing in the near future for the purpose of scheduling a judicial settlement conference, and for all other just and proper relief under the premises.

      Respectfully Submitted,

/s/ John M. Kopack
John M. Kopack, #5302-45
Kopack & Associates
9111 Broadway, Ste GG
Merrillville, IN 46410
Ph: 219-738-2978
Fx: 219-738-2818
Email: john@kopack-law.com
*Attorney for Sheriff Oscar Martinez
and Lake Co. Sheriff's Dept.*

/s/ Casey J. McCloskey
Casey J. McCloskey, #18766-45
Attorney at Law
9111 Broadway Ste GG
Merrillville, IN 46410
Ph: 219-738-2978
Fx: 219-738-2818
Email: caseymccloskey@hotmail.com
*Attorney for Terrence Smith*

/s/ Tramel R. Raggs
Tramel R. Raggs, #34355-45
Harris Law Firm PC
11410 Broadway
Crown Point, IN 46307
Ph: 219-661-1110
Fx: 219-661-1118
Email: traggs@harrislawfirmpc.net
*Attorney for Yvonne Foster*

/s/ Crystal Danielle Martin
Crystal Danielle Martin
13229 South 48th Street #2408
Phoenix, AZ 85044
Ph:  219-237-9343
Fax: 219-246-4543
Email: attycdmartin@gmail.com
*Attorney for Plaintiff*

/s/ Stephanie V. McGowan
Stephanie V. McGowan, #30759-49
Anthony W. Overholt
Frost Brown Todd LLC - Ind/IN
201 N Illinois St Ste 1900
PO Box 44961
Indianapolis, IN 46244
Ph: 317-237-3800
Fx: 317-237-3900
Email: aoverholt@fbtlaw.com
smcgowan@fbtlaw.com
*Attorneys for Lake County*

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>August 23, 2022</u>, a true and accurate copy of the above pleading or document was served on all counsel and parties of record via U.S. Mail, in envelopes properly addressed with sufficient first-class postage affixed, and/or by electronic facsimile, email, or the court's electronic case filing (ECF) system.

                                              /s/ John M. Kopack
                                              John M. Kopack, #5302-45

<u>Service List</u>:
Crystal Danielle Martin, attycdmartin@gmail.com
Casey J. McCloskey, caseymccloskey@hotmail.com
Stephanie V. McGowan, smcgowan@fbtlaw.com
Anthony W. Overholt, aoverholt@fbtlaw.com
Tramel R. Raggs, traggs@harrislawfirmpc.net